IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FULTON PRESS, INC.                                                              PLAINTIFF

VS.                                        4:07CV00274JMM

AGFA CORPORATION                                                          DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction up to and including July 1, 2009 to enforce the terms of the settlement agreement reached by the parties. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 5th day of April, 2007.

James M. Moody
United States District Judge